September 18, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BASIC ENERGY SERVICES, INC D/B/A BES HOLDING COMPANY, Appellant

NO. 14-11-00566-CV                          V.

BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC., AND EOG RESOURCES, INC, Appellees

_____

Today the Court heard the parties' joint motions to vacate the judgment signed by the court below on March 31, 2011. Having considered the motions and found them meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.